AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA,

       v.

CASE NUMBER:  C08-5300 RBL

MARGARET BROWN HERELD,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The United States' Motion for Summary Judgment [Dkt 5] is **GRANTED**. The United States shall have and it hereby is awarded judgment against the Defendant as follows:

**FIRST CAUSE OF ACTION**

(Rainier National Bank loan)

Principal:             $ 8,152.80

Prejudgment interest to 02/18/2010 at 8.00% per annum: $10,985.42

SUBTOTAL:          $19,138.22

**SECOND CAUSE OF ACTION**

(Seafirst Bank loan)

Principal:             $ 6,294.95

Prejudgment interest to 02/18/10 at 8.20% and daily rate of $1.41: $ 5,386.06

SUBTOTAL:          $11,681.01

**GRAND TOTAL**:     **$30,819.23**

1. Interest shall continue to accrue at 8.00% per annum until entry of judgment on the principal amount of $19,138.22 in the first cause of action;

2. Interest shall continue to accrue at the current rate of 8.20% and a daily rate of $1.41 through June 30, 2010, and thereafter at such rate as the Department of Education establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a, until entry of judgment on the principal amount of $11,681.01 in the second cause of action;

AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

3. Interest accrues on the total judgment from the date of judgment at the legal rate in effect on the date of judgment, per annum and compounded annually until paid in full pursuant to 28 U.S.C.§ 1961(b);

4. Filing fee of $350.00 pursuant to 28 U.S.C. §§ 2412(a)(2) and 1914(a); and 5. Docket fees of $20.00 pursuant to 28 U.S.C. §1923;

DATED : June 17, 2010

                                              BRUCE  RIFKIN
                                          *Clerk*

                                              /s/   Jean Boring
                                        *(By) Deputy Clerk*, Jean Boring